IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Sophia Higginbottom

    Plaintiff,

vs.

WYETH, INC. et al.

    Defendants.

Civil Action No:
05 cv 11447WGY

## ORDER

Upon consideration of Plaintiff's Ex-Parte Motion To Extend The Time To File Defendants' Waivers Of Service Of Process, it is this 15th day of November, 2005;

A.    Ordered that Plaintiff's Motion is Granted; and

B.    Further Ordered that Plaintiff will file Defendant's signed Waivers Of Service Of Process or effect formal Service of Process no later than November 30, 2005;

So Ordered

*William G. Young*
Presiding, J.