UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SOPHIA HIGGINBOTTOM,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS,<br>INC., and PFIZER, INC.,<br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. A. No. 05-11447-WGY |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (collectively, "Wyeth") and plaintiff Sophia Higginbottom that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SOPHIA HIGGINBOTTOM

　　　　　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Albert Flanders
　　　　　　　　　　　　　　　　　　　　Samuel Pollack (BBO No. 560617)
　　　　　　　　　　　　　　　　　　　　Albert Flanders (BBO No. 567076)
　　　　　　　　　　　　　　　　　　　　POLLACK & FLANDERS, LLP
　　　　　　　　　　　　　　　　　　　　50 Congress Street, Suite 430
　　　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　　(617) 259-3000
　　　　　　　　　　　　　　　　　　　　aflanders@pollackandflanders.com

Dated:  November 17, 2005

US1DOCS 5387640v1

2

        WYETH, INC. and WYETH
        PHARMACEUTICALS, INC.

        By Their Attorneys,

        /s/ John J. Butts
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated: November 17, 2005

2