IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sophia Higginbottom<br><br>    Plaintiff,<br><br>        vs.<br><br>**WYETH, INC. et al.**<br><br>    Defendants. | Civil Action No:<br>05 - 11447 WGY |

**PROOF OF SERVICE OF PROCESS UPON DEFENDANTS PFIZER, INC.,
GREENSTONE LTD., AND PHARMACIA & UPJOHN COMPANY, LLC
AND
<u>AFFIDAVIT OF PLAINTIFF'S COUNSEL</u>**

**NOW COMES** Plaintiff, Sophia Higginbottom, by and through counsel, and herby submits proof of service of process in the above-captioned matter pursuant to Federal Rules of Civil Procedure Rule 4. Plaintiff states the following.

1.  I, Albert Flanders, counsel for Plaintiff in the above captioned matter, hereby state under the pains and penalties of perjury that I have made service upon Defendants Pfizer, Inc., Greenstone Ltd., and Pharmacia & Upjohn Company, LLC in the manner prescribed by the Federal Rules of Civil Procedure;

2.  Plaintiff submits the following documents for filing in this matter;

    a.  Defendant Pfizer, Inc.'s Executed Waiver Of Service Of Process;

    b.  Defendant Greenstone Ltd.'s Executed Waiver Of Service Of Process;

1

    c.     Defendant Pharmacia & Upjohn Company, LLC's Executed

         Waiver Of Service Of Process;

                              Respectfully submitted,
                              POLLACK & FLANDERS, LLP
                              Attorneys for Plaintiff

                              _____
                              Albert C. Flanders
                              BBO No.: 567076
                              Pollack & Flanders, LLP
                              50 Congress Street
                              Suite 430
                              Boston, MA 02109
                              p.    (617) 259-3000
                              f.    (617) 259-3050

Dated: November 30, 2005

TO:  Michael E. Gallant, Esq.
     Pollack & Flanders, LLP
     2121 K Street, N.W., Suite 800
     Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of Higginbottom v. Wyeth, Inc., et al., which is case number 05-11447 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Pfizer, Inc. be served with judicial process in the manner provided by Rule 4.

Pfizer Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005
_____                    _____
Date                                   Signature
                                       Alan E. Rothman
                                       Attorney for Pfizer Inc.

TO:  Michael E. Gallant, Esq.
Pollack & Flanders, LLP
2121 K Street, N.W., Suite 800
Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of Higginbottom v. Wyeth, Inc., et al., which is case number 05-11447 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Greenstone, LTD.. be served with judicial process in the manner provided by Rule 4.

Greenstone Ltd. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005                                   _/s/ Alan E. Rothman_
Date                                                Signature
                                                    Alan E. Rothman
                                                    Attorney for Greenstone Ltd.

TO:  Michael E. Gallant, Esq.
Pollack & Flanders, LLP
2121 K Street, N.W., Suite 800
Washington, DC 20037

I acknowledge receipt of your request that I waive service of a summons in the action of Higginbottom v. Wyeth, Inc., et al., which is case number 05-11447 in the United States District Court for District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Pharmacia & Upjohn Company be served with judicial process in the manner provided by Rule 4.

Pharmacia & Upjohn Company LLC will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

November 29, 2005
Date

*(signature)*
Signature
Alan E. Rothman
Attorney for Pharmacia & Upjohn Company LLC