JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| **FLORIDA SOUTHERN** | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| **MAINE** | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

# INVOLVED JUDGES LIST (CTO-58)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. John Antoon, II
U.S. District Judge
George C. Young U.S. Courthouse
6th Floor
80 North Hughey Avenue
Orlando, FL 32801

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Harvey Bartle III
U.S. District Judge
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Jerry Buchmeyer
Senior U.S. District Judge
15D28A Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Legrome D. Davis
U.S. District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5226 United States Courthouse
300 Fannin Street
Suite 5226
Shreveport, LA 71101

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. Robert E. Keeton
Senior U.S. District Judge
3130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Hector M. Laffitte
U.S. District Judge
H-142 Clemente Ruiz Nazario
U.S. Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

December 12, 2005

Honorable William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached Schedule CTO-58)

Dear Judge Wilson:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                                  Very truly,

                                  Michael J. Beck
                                Clerk of the Panel

                             By _____
                                    Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B