# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS  72201-3325

JAMES W. McCORMACK                                                                          (501)604-5351
    CLERK

January 9, 2006

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

        Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
                  E.D. AR Master Case Number 4:03CV01507 WRW
                  Barbara Galante, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11377
                  Mary Lee, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11436
                  Eleanor T. Guarino, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11437
                  Elizabeth Walsh v. Wyeth, Inc., et al - Your Case No. 1:05-11438
                  Rochelle A. Bennett v. Wyeth, Inc., et al - Your Case No. 1:05-11439
                  Estelle Hayman v. Wyeth, Inc., et al - Your Case No. 1:05-11441
                  Sophia Higginbottom v. Wyeth, Inc., et al - Your Case No. 1:05-11447   WGY

Dear Ms. Thornton:

       A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 4, 2006. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

       The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

                                                                          Sincerely,

                                                                          JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:    Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY

DEC 28 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 04 2006

JAMES W. McCORMACK, CLERK
By: [signature]
       DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By [signature] D.C.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

962

## SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**            **CASE CAPTION**

FLORIDA MIDDLE
 FLM 6  05-1592          Joy Hinkle v. Wyeth, et al.
 FLM 8  05-1961          Virginia Gorski v. Wyeth, Inc., et al.
 FLM 8  05-2018          Judy Seay v. Wyeth, Inc., et al.
 FLM 8  05-2036          Karen McMichael v. Wyeth Inc., et al.
 FLM 8  05-2043          Marguerite Gibson v. Wyeth, Inc., et al.

FLORIDA NORTHERN
 FLN 3  05-394           Anne Roffman, et al. v. Wyeth, et al.

FLORIDA SOUTHERN
 FLS 2  05-14296         Rose DeTorre, et al. v. Wyeth, et al.
 FLS 9  05-80903         Marlene Magness, et al. v. Wyeth, et al.

LOUISIANA WESTERN
 LAW 5  05-1347          Hilda Ruth Beahm v. Wyeth, et al.
 LAW 6  05-1857          Margarite Hebert v. Wyeth Laboratories, Inc., et al.

MASSACHUSETTS
 MA 1  05-11377          Barbara Galante, et al. v. Wyeth, Inc., et al.
 MA 1  05-11436          Mary Lee, et al. v. Wyeth, Inc., et al.
 MA 1  05-11437          Eleanor T. Guarino, et al. v. Wyeth, Inc., et al.
 MA 1  05-11438          Elizabeth Walsh v. Wyeth, Inc., et al.
 MA 1  05-11439          Rochelle A. Bennett v. Wyeth, Inc., et al.
 MA 1  05-11441          Estelle Hayman v. Wyeth, Inc., et al.
 MA 1  05-11447          Sophia Higginbottom v. Wyeth, Inc., et al.

MARYLAND
 MD 1  05-1851           Carole Mall, et al. v. Wyeth, et al.
 MD 8  05-2938           Mary E. Waddell, et al. v. Wyeth, Inc., et al.

MAINE
 ME 2  05-164            Beth Cassel-Tableman v. Wyeth, et al.
 ME 2  05-165            Toni Rees v. Wyeth, et al.

MINNESOTA
 MN 0  05-2430           Marta Maria Parkes v. Wyeth, et al.
 MN 0  05-2480           Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al.
 MN 0  05-2521           Nicole J. Barnett v. Wyeth, et al.
 MN 0  05-2529           Patti H. Giambrone v. Wyeth, et al.

MISSOURI EASTERN
 MOE 4  05-1371          Cecilia P. Conza v. Wyeth, Inc., et al.
 MOE 4  05-2018          Mary Schroeder, et al. v. Wyeth, et al.
 MOE 4  05-2019          Jonette Smith, et al. v. Wyeth, et al.

SCHEDULE CTO-58 - TAG-ALONG ACTIONS    MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN  1  05-72           Delores Arnold, et al. v. Wyeth, et al.
  MSN  1  05-76           Martha Heleniak, et al. v. Wyeth, et al.
  MSN  4  05-67           Barbara Watson, et al. v. Wyeth, et al.
  MSN  4  05-159          Ethel Lee Murphy, et al. v. Wyeth, et al.
  MSN  4  05-160          Willie Olive, et al. v. Abbott Laboratories, et al.
  MSN  4  05-248          Claudia Stewart v. Wyeth, et al.

NEVADA
  ~~NV  3  05-585~~          ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~  Vacated 12/27/05

PENNSYLVANIA EASTERN
  PAE  2  05-5525          Laura L. Jackson v. Wyeth, et al.
  PAE  2  05-5527          Betty Harrison v. Wyeth, et al.
  PAE  2  05-5528          Phyllis L. Morris, et al. v. Wyeth, et al.
  PAE  2  05-5529          Annie Sawyer v. Wyeth, et al.
  PAE  2  05-5532          Margaret A. Gray v. Wyeth, et al.
  PAE  2  05-5533          Teresa R. Cassady, et al. v. Wyeth, et al.
  PAE  2  05-5536          Mildred Key, et al. v. Wyeth, et al.
  PAE  2  05-5537          Mariel J. Evans, et al. v. Wyeth, et al.
  PAE  2  05-5540          Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
  PR  3  05-1822           Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
  SD  4  05-4103           Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE  1  05-727           Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
  TXN  7  05-148           Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
  VT  2  05-234            Carolyn Volpini v. Wyeth, et al.
  VT  2  05-235            Ellen H. Sussman v. Wyeth, et al.
  VT  2  05-236            Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
  WIW  3  05-614           Lynn J. Cantwell v. Wyeth, Inc., et al.